THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL OLMOS-PEREZ, Appellant.

Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO PEREZ, Appellant.

The defendant's application for a waiver of the mandatory surcharges imposed by the court is premature since he is presently incarcerated *(see,* CPL 420.35, 420.10 [5]; *People v Angelista,* 176 AD2d 238; *People v Arfman,* 167 AD2d 344; *People v West,* 124 Misc 2d 622).

We find that the sentences imposed by the court were not excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Kunzeman, Lawrence, Miller and O'Brien, JJ., concur.